**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-2540**

JULIUS CHUYA TIKUM,

       Petitioner,

    v.

LORETTA E. LYNCH,

       Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted: August 31, 2016      Decided: September 16, 2016

Before TRAXLER, KING, and KEENAN, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Godwill C. Tachi, THE TACHI LAW FIRM, LLC, Greenbelt, Maryland, for Petitioner. Benjamin C. Mizer, Assistant Attorney General, Mark Walters, Acting Assistant Director, John F. Stanton, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Julius Chuya Tikum, a native and citizen of Cameroon, petitions for review of an order of the Board of Immigration Appeals (Board) dismissing his appeal from the Immigration Judge's denial of his requests for asylum and withholding of removal.* We have thoroughly reviewed the record and conclude that the record evidence does not compel a ruling contrary to any of the agency's factual findings, see 8 U.S.C. § 1252(b)(4)(B) (2012), and that substantial evidence supports the Board's decision, INS v. Elias-Zacarias, 502 U.S. 478, 481 (1992). Accordingly, we deny the petition for review for the reasons stated by the Board. See In re Tikum (B.I.A. Nov. 12, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED

---

* Tikum argues on appeal that he qualified for protection under the Convention Against Torture. As the Board found that Tikum failed to raise a meaningful challenge to the denial of this relief, we lack jurisdiction to review this unexhausted claim. See 8 U.S.C. § 1252(d)(1) (2012).

2